**MANDATE**
**FILED**

D. Conn. *NH*
02-cr-184
Burns, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

*2005 FEB 22 P 3:59*
*U.S. DISTRICT COURT*
*NEW HAVEN, CT*

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 13th day of January two thousand five,

Present:
    Hon. Amalya L. Kearse,
    Hon. José A. Cabranes,
        *Circuit Judges*,
    Hon. Edward R. Korman,
        *District Judge.*\*



Collington Green,

        Defendant-Appellant,

v.                                                                04-4461-cr

United States of America,

        Plaintiff-Appellee.

The Government has moved to dismiss this appeal for lack of jurisdiction because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Upon due consideration it is ORDERED that the motion is granted and the appeal is dismissed for lack of jurisdiction.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _Deborah Hulve_
DEPUTY CLERK

JAN 13 2005

By: _Lucille Carr_

---

\*The Honorable Edward R. Korman, Chief Judge of the U.S. District Court for the Eastern District of New York, sitting by designation.

SAO-MZK                                              JUDGMENT MANDATE ISSUED: FEB 15 2005