UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2005 FEB 28 P 3: 11
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| COLLINGTON GREEN | : |
| | : Civil No. 3:04CV319(EBB) |
| v. | : Criminal No. 3:02CR184(EBB) |
| | : |
| UNITED STATES OF AMERICA | : February 25, 2005 |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Government, in the above-referenced case.

Dated at Hartford, Connecticut on this 25th day of February, 2005.

           Respectfully submitted,

           KEVIN J. O'CONNOR
           UNITED STATES ATTORNEY

           GEOFFREY M. STONE
           ASSISTANT UNITED STATES ATTORNEY
           450 MAIN STREET, ROOM 328
           HARTFORD, CT 06103
           TEL. (860) 947-1101
           Federal Bar No. ct25326

2

## CERTIFICATION

This is to certify that the within and foregoing has been mailed, via first-class mail this 25th day of February, 2005 to:

Collington Green
Register No. 14730-014
FSL Elkton
P.O. Box 10
Elkton, Ohio 44432

Richard Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

GEOFFREY M. STONE
ASSISTANT U.S. ATTORNEY