Collington Green
Reg.No. 14730-014
R.C.D.C. III
P.O. Box 2038
Pecos Tx. 79772
March 19, 2008

FILED
2008 MAR 24 P 4:5?
U.S. DISTRICT COURT
NEW HAVEN, CT

The Honorable Ellen Bree. Burns
United States District Court Judge
District Of Connecticut
141 Church Street
New Heaven, CT 06510

Re: U.S.A. v. Collington Green, No. 3: 02cr184(EBB)

Letter Motion for a reduction inTerm of Imprisonment based on the Sentencing Commission's Recent Ammendment (Supp.#706) to the "Crack" Cocaine Sentencing Guidelines, Pursuant to 18 U.S.C.§ 3582 (c) (2), and Motion for Appointment of Counsel

Dear Judge Burns:

I hereby respectfully submits the instant Letter Motion for a Reduction in Term of Imprisonment Based on the Sentencing Commission's Recent Amendment to the "Crack" Cocaine Guidelines, Pursuant to Title 18 U.S.C. § 3582(c) (2), along with my Motion for Appointment of Counsel.

During my sentencing, Crack was factored as relevant conduct to determine my base offense level. Wherefore, I was enhanced as a result, and received a more severe sentence.

In light of the new developments brought on by the Supplemental Amendment (# 706) to " Crack" Cocaine guidelines,which was made retroactive by the Commission on December 11,2007, I hereby respectfully request that the Court please grant and appoint an attorney to assist me in this complicated matter.

It should be noted that this institution (RCDC III) does not provide legal representation and the Law library here is not properly equipped for me to do the necessary research and filings.

**WHEREFORE**, I earnestly pray that this motion for a reduction in term of imprisonment and for appointment of counsel be granted.

Respectfully Submitted,

Collington Green