AO 247 (02/08) Order Regarding Motion for Sentence Reduction

02cr184greencollcrackord.pdf

# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

FILED
2008 MAR 28 A 11: 47
U.S. DISTRICT COURT
NEW HAVEN, CT

United States of America )
v. )
Collington Green ) Case No: 3:02CR-184(EBB)
) USM No: _____
Date of Previous Judgment: February 26, 2003 ) Richard Cramer
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [x] the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[x] **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: \_\_\_ to \_\_\_ months    Amended Guideline Range: \_\_\_ to \_\_\_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain): Defendant pled guilty to, and was sentenced for, Possession with intent to Distribute 500 grams or more of cocaine (not cocaine base). Furthermore, his adjusted offense level was determined under 4B1.1(b)(B) of the sentencing guidelines as a career offender.

**III. ADDITIONAL COMMENTS**

~~Except as provided above,~~ All provisions of the judgment dated Feb. 26, 2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 27, 2008

Effective Date: _____
(if different from order date)

Judge's signature

Ellen Bree Burns, Senior United States District Judge
Printed name and title